# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00526-WYD-PAC

UNITED STATES OF AMERICA,

    Petitioner,

  v.

BARBARA L. MILLER,

    Respondent.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Petitioner's Motion to Vacate and Reset May 12, 2006, Hearing, filed May 11, 2006, is **GRANTED**. The hearing in this matter set for May 12, 2006, at 3:00 p.m. is **VACATED** and **RESET** for **Monday, June 19, 2006 at 2:00 p.m.**

Dated: May 11, 2006

                                                s/ Michelle M. Merz
                                                Law Clerk to
                                                Wiley Y. Daniel
                                                U. S. District Judge